IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH R. BROWN, MARIE-MONINE GELIN, MARK H. JACKSON, RONALD D. KIPP, GREGORY MCGEE, MARK J. REESE, MICHAEL M. SMILEK, CHARLOTTE D. WASHINGTON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-503C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-8275
Facsimile: (202) 305-7643
E-mail: Shalom.Brilliant@usdoj.gov

Dated: August 7, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of August, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant